Charles Shemaitis, Appellant, v. Le Roy Froemke, and
Charles J. Gallagher, Impleaded, Appellee.

Gen. No. 46,418.

First District, Third Division.

June 22, 1955.

Rehearing denied July 13, 1955.

Released for publication July 15, 1955.

Reno H. Brindley, and John H. Roser, for appellant;
John P. Costello, for appellee; John T. Gallagher, of counsel.
Opinion by JUSTICE LEWE. Not to be published in full.